**Writ of Mandamus Denied, Opinion issued January 3, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01700-CV

## IN RE ZOE MICHELLE JACKMAN, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF07-10155-S**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Murphy
Opinion by Justice O'Neill

Relator contends the trial judge erred in awarding certain fees to an amicus attorney. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has an adequate remedy on appeal. *See* TEX. R. APP. P. 52.8(a); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

MICHAEL J. O'NEILL
JUSTICE

121700F.P05